# Third District Court of Appeal

## State of Florida

Opinion filed January 15, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1843
Lower Tribunal No. 23-21637-CA-01
_____


**Darin Engelhardt,**
Petitioner,

vs.

**Lara Aronoff, et al.,**
Respondents.


On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Charles Johnson, Judge.

Darin Engelhardt, in proper person.

GrayRobinson, P.A., and Ian J. Kukoff, for respondents.


Before EMAS, FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Petition denied. <u>See</u> <u>Bank of N.Y. Mellon v. Figueroa</u>, 299 So. 3d 430, 433 (Fla. 3d DCA 2019) (describing standard for obtaining certiorari review of discovery order); <u>Epstein v. Epstein</u>, 519 So. 2d 1042, 1043 (Fla. 3d DCA 1988) ("Where materials sought by a party would appear to be relevant to the subject matter of the pending action, it is an abuse of discretion to deny discovery."); <u>Friedman v. Heart Inst. of Port St. Lucie, Inc.</u>, 863 So. 2d 189, 194 (Fla. 2003) ("A party's finances, if relevant to the disputed issues of the underlying action, are not excepted from discovery under this rule of relevancy, and courts will compel production of personal financial documents and information if shown to be relevant by the requesting party.").